**DISMISS; and Opinion Filed February 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01515-CV

**DOREATHA ROBINSON, Appellant**
**V.**
**THE OAKS 4614 LLC, INDIVIDUALLY AND D/B/A THE OAKS APARTMENTS; MBP TEXAS, LLC, INDIVIDUALLY AND D/B/A CATALYST MULTIFAMILY MANAGEMENT AND D/B/A CATALYST MULTIFAMILY; AND ROSCOE PROPERTIES, INC, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04167**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Schenck

By letter dated January 7, 2019, the Court questioned its jurisdiction over this appeal as it appeared the notice of appeal was untimely. TEX. R. APP. P. 26.1; *Brashear v. Victoria Gardens of McKinney, LLC*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). We instructed appellant to file a letter brief addressing the Court's concern. Appellant filed a letter brief in response to the Court's request, but did not address the jurisdictional issue.

When a timely motion for new trial is filed, a notice of appeal is due ninety days, or with an extension motion, 105 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a),

26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 26.1; *Brashear*, 302 S.W.3d at 545.

The record reflects the trial court signed an agreed order of dismissal on July 30, 2018. The record also reflects appellant sent a letter dated August 7, 2018 to the trial court asking it to "withdraw" the order. Construing the letter as a motion for new trial, the notice of appeal should have been filed no later than October 29, 2018 or, with an extension motion, no later than November 13, 2018. *See* TEX. R. APP. P. 4.1(a), 26.1(a), 26.3. Appellant filed a notice of appeal on December 17, 2018.

Because appellant failed to file a timely notice of appeal, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

181515F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DOREATHA ROBINSON, Appellant

No. 05-18-01515-CV     V.

THE OAKS 4614 LLC, INDIVIDUALLY
AND D/B/A THE OAKS APARTMENTS;
MBP TEXAS, LLC, INDIVIDUALLY
AND D/B/A CATALYST
MULTIFAMILY MANAGEMENT AND
D/B/A CATALYST MULTIFAMILY;
AND ROSCOE PROPERTIES, INC,
Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-04167.
Opinion delivered by Justice Schenck,
Justices Brown and Pedersen, III
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 27th day of February, 2019.